

RECEIVED    THE UNITED STATES DISTRICT COURT         FILED
            FOR THE DISTRICT OF CONNECTICUT

                                                     2003 OCT 20  A 9: 39

CONAIR CORP.                    )
                                )
        Plaintiff,              )
  v.                            )   Civil Action Number: 03-CV-993 (SRU)
                                )
L&N SALES and MARKETING, INC.   )
                                )
        Defendants              )
                                )

## MOTION FOR ADMISSION OF MICHAEL F. SNYDER, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit Michael F. Snyder, Esq., in this action *pro hac vice*. In support of this Motion, the undersigned counsel for Defendant states as follows:

1.   Michael F. Snyder, Esq. is an associate of the law firm of Drinker Biddle & Reath, LLP, which maintains an office at One Logan Square, 18th and Cherry Street, Philadelphia, Pennsylvania, 19103-6996.

2.   Mr. Snyder is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Snyder was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1995. Mr. Snyder has also been admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3. Mr. Snyder is not currently suspended, disbarred or prohibited from practicing in this Court or any other Court. Mr. Snyder has no grievances or criminal matters pending against him.

4. In compliance with Local Rule 2(d), payment to the Clerk of this Court of a fee of $25.00 is included with this Motion.

WHEREFORE, the undersigned counsel for Defendant, L&N Sales and Marketing, Inc., respectfully requests that this Motion for Admission of Michael F. Snyder, Esq. *Pro Hac Vice* be granted.

Respectfully Submitted,

L&N SALES and MARKETING, INC.
by its attorneys,

_____
William J. Cass, Esq. ct.12806
Andrew C. Ryan, Esq., ct.21565
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **MOTION FOR ADMISSION OF MICHAEL F. SNYDER, ESQ. *PRO HAC VICE*** has been sent via first class mail, postage prepaid, this 16th day of October, 2003, postage prepaid to the following:

William H. Narwold
Eric E. Grondahl
Cummings & Lockwood LLC
CityPlace I, 185 Asylum Street, 36th Floor
Hartford, Connecticut 06103-3495
Telephone: 860-275-6700
Fax: 860-724-3397

_____
Andrew C. Ryan, Esq.