

RECEIVED

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 A 9: 39

| | |
|---|---|
| CONAIR CORP. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action Number: 03-CV-993 (SRU) |
| ) | |
| L&N SALES and MARKETING, INC. ) | |
| ) | |
| Defendants ) | |

### AFFIDAVIT OF MICHAEL F. SNYDER, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Michael F. Snyder, Esq., in lieu of oath or affidavit, certifies that:

1. I am an associate with the law firm of Drinker Biddle & Reath LLP, which maintains an office at One Logan Square, 18th and Cherry Streets, Philadelphia, Pennsylvania 19103. I make this certification in support of Defendant L&N Sales and Marketing, Inc.'s ("Defendant") application for my admission *pro hac vice* pursuant to Local Civil Rule 2(d).

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania. I was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1995. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3. I am not currently suspended, disbarred or prohibited from practicing in any court.

4. There are no grievances or criminal matters pending against me.

5. Plaintiff has requested that I represent it in this action.

6. It is respectfully submitted that there is good cause for my admission *pro hac vice*. This action involves a complex intellectual property matter involving allegations of patent infringement. It is anticipated that the services of a number of attorneys at my firm will be required due to the complex nature of this matter and the possibility of extensive discovery.

7. I have reviewed the Local Civil Rules of the United States District Court for the District of Connecticut including, but not limited to, the provisions of L.Civ.R. 3, Discipline of Attorneys, and the Rules of Professional Conduct referenced therein, and shall comply with said rules, including all disciplinary Rules.

8. I respectfully request that I be admitted *pro hac vice* for the purpose of appearing, participating, and representing Defendant in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 9/26/03

Michael F. Snyder, Esq.