RECEIVED / JMS

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20  A 9:39

| | |
|---|---|
| CONAIR CORP. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action Number: 03-CV-993 (SRU) |
| ) | |
| L&N SALES and MARKETING, INC. ) | |
| ) | |
| Defendants ) | |

## MOTION FOR ADMISSION OF MICHAEL F. SNYDER, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit Michael F. Snyder, Esq., in this action *pro hac vice*. In support of this Motion, the undersigned counsel for Defendant states as follows:

1. Michael F. Snyder, Esq. is an associate of the law firm of Drinker Biddle & Reath, LLP, which maintains an office at One Logan Square, 18th and Cherry Street, Philadelphia, Pennsylvania, 19103-6996.

2. Mr. Snyder is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Snyder was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1995. Mr. Snyder has also been admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: [signature] Maria Consuello
Deputy Clerk