THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20  A 9: 36

|  |  |  |
|---|---|---|
| CONAIR CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action Number: 03-CV-993 (SRU) |
| | ) | |
| L&N SALES and MARKETING, INC. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MOTION FOR ADMISSION OF LAWRENCE M. FARNESE, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit Lawrence M. Farnese, Jr., Esq., in this action *pro hac vice.* In support of this Motion, the undersigned counsel for Defendant states as follows:

1.      Lawrence M. Farnese, Jr. is an associate with the law firm of Klett, Rooney, Lieber & Schorling, which maintains an office at Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania, 19103.

2.      Mr. Farnese is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Farnese was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1994. Mr. Farnese is also admitted to practice before the United States District Court for The Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3.      Mr. Farnese has not been suspended, disbarred or prohibited from practicing in this Court or any other Court. Mr. Farnese has no grievances or criminal matters pending against him.

4.      In compliance with Local Rule 2(d), payment to the Clerk of this Court of a fee of $25.00 is included with this Motion.

WHEREFORE, the undersigned counsel for Defendant, L&N Sales and Marketing, Inc. respectfully requests that this Motion for Admission of Lawrence M. Farnese, Jr., Esq. *pro hac vice* be GRANTED.

Respectfully Submitted,

L&N SALES and MARKETING, INC.
by its attorneys,

William J. Cass, Esq. ct.12806
Andrew C. Ryan, Esq., ct.21565
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **MOTION FOR ADMISSION OF**

**LAWRENCE M. FARNESE, ESQ.** *PRO HAC VICE* has been sent via first class mail,

postage prepaid, this 16th day of October, 2003, postage prepaid to the following:

William H. Narwold
Eric E. Grondahl
Cummings & Lockwood LLC
CityPlace I, 185 Asylum Street, 36th Floor
Hartford, Connecticut 06103-3495
Telephone: 860-275-6700
Fax: 860-724-3397


Andrew C. Ryan, Esq.