RECEIVED

FILED

THE UNITED STATES DSTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 OCT 20 A 9: 36

|  |  |  |
|---|---|---|
| CONAIR CORP. | ) | |
| | ) | |
| | ) | Civil Action Number 03-CV-993 (SRU) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| L&N SALES and MARKETING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF LAWRENCE M. FARNESE, JR., ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Lawrence M. Farnese, Jr., Esquire, in lieu of oath or affidavit, certifies that:

1. I am an associate with the law firm of Klett, Rooney, Lieber & Schorling, which maintains an office at Two Logan Square, 18th & Arch Streets, Philadelphia, Pennsylvania 19103. I make this certification in support of Defendant L&N Sales and Marketing, Inc.'s ("Defendant") application for my admission *pro hac vice* pursuant to Local Civil Rule 2(d).

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania. I was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1994. I am also admitted to the practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3. I am not currently suspended, disbarred or prohibited from practicing in any court.

4. There are no grievances or criminal matters pending against me.

5. Plaintiff has requested that I represent it in this action.

6. It is respectfully submitted that there is good cause for my admission *pro hac vice*. This action involves a complex intellectual property matter involving allegations of patent infringement. It is anticipated that the services of a number of attorneys at my firm will be required due to the complex nature of this matter and the possibility of extensive discovery.

7. I have reviewed the Local Civil Rules of the United States District Court for the District of Connecticut including, but not limited to, the provisions of <u>L.Civ.R. 3, Discipline of Attorneys</u>, and the <u>Rules of Professional Conduct</u> referenced therein, and shall comply with said rules, including all disciplinary Rules.

8. I respectfully request that I be admitted <u>pro hac vice</u> for the purpose of appearing, participating, and representing Defendant in this matter.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 9/29/03

_____
Lawrence M. Farnese, Jr., Esquire