RECEIVED /TMS

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 A 9: 38

| | |
|---|---|
| CONAIR CORP. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action Number: 03-CV-993 (SRU) me |
| ) | |
| L&N SALES and MARKETING, INC. ) | |
| ) | |
| Defendants ) | |

## MOTION FOR ADMISSION OF JAMES L. GRIFFITH, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit James L. Griffith, Esq., in this action *pro hac vice*. In support of this Motion, the undersigned counsel for Defendant states as follows:

1. James L. Griffith is a shareholder with the law firm of Klett, Rooney, Lieber & Schorling, which maintains an office at Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania, 19103.

2. Mr. Griffith is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Griffith was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1965. Mr. Griffith was also admitted to practice before the New Jersey State and Federal Courts in 1987 and the State of New York in 1988. Mr. Griffith is also admitted to practice before the United States District Court for The Eastern District of Pennsylvania, and the United States Court of Appeals for the Third, Eleventh, Ninth and Fifth Circuits; and the 11th Circuit of Military Appeals in South Korea.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By [signature] Deputy Clerk