

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20  A 9: 37

| CONAIR CORP. | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Civil Action Number: 03-CV-993 (SRU) |
| L&N SALES and MARKETING, INC. | ) |
| Defendants | ) |

## MOTION FOR ADMISSION OF ARTHUR H. SEIDEL, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit Arthur H. Seidel, Esq., in this action *pro hac vice*. In support of this Motion, the undersigned counsel for Defendant states as follows:

1. Arthur H. Seidel, Esq. is of counsel with the law firm of Drinker Biddle & Reath, LLP, which maintains an office at One Logan Square, 18th and Cherry Street, Philadelphia, Pennsylvania, 19103-6996.

2. Mr. Seidel is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Seidel was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1956. He has also been admitted to practice before the following courts:

| Court | Year admitted |
| --- | --- |
| United States Court Patent and Trademark Office | 1947 |
| United States District Court for the District of Columbia | 1949 |

| Court | Year admitted |
|---|---|
| United States District Court for the Eastern District of Pennsylvania | 1954 |
| United States Court of Appeals for the Third Circuit | 1954 |
| New York Court of Appeals | 1957 |
| United States District court for the Eastern District of New York | 1957 |
| United States District court for the Southern District of New York | 1957 |
| United Stated Court of Appeals for the Second Circuit | 1968 |
| United States Court of Appeals for the Sixth Circuit | 1977 |
| United States Court of Appeals for the Federal Circuit | 1982 |
| United States Court of Claims | 1988 |
| United States Court of Appeals for the Fifth Circuit | 1991 |
| United States District Court for the Eastern District of Michigan | 1993 |
| United States Court of Appeals for the Ninth Circuit | 1997 |

3.  Mr. Seidel has not been denied admission or disciplined by this Court or any other Court.

4.  In compliance with Local Rule 2(d), payment to the Clerk of this Court of a fee of $25.00 is included with this motion.

WHEREFORE, the undersigned counsel for Defendant, L&N Sales and Marketing, Inc. respectfully requests that this Motion for Admission of Arthur H. Seidel, Esq. *Pro Hac Vice* be granted.

> Respectfully Submitted,
>
> L&N SALES and MARKETING, INC.
> by its attorneys,
>
> _____
> William J. Cass, Esq. ct.12806
> Andrew C. Ryan, Esq., ct.21565
> CANTOR COLBURN LLP
> 55 Griffin Road South
> Bloomfield, CT 06002
> Telephone (860) 286-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **MOTION FOR ADMISSION OF ARTHUR H. SEIDEL, ESQ. *PRO HAC VICE*** has been sent via first class mail, postage prepaid, this 16th day of October, 2003, postage prepaid to the following:

> William H. Narwold
> Eric E. Grondahl
> Cummings & Lockwood LLC
> CityPlace I, 185 Asylum Street, 36th Floor
> Hartford, Connecticut 06103-3495
> Telephone: 860-275-6700
> Fax: 860-724-3397

_____
Andrew C. Ryan