RECEIVED     THE UNITED STATES DISTRICT COURT     FILED
FOR THE DISTRICT OF CONNECTICUT

2003 OCT 20 A 9: 37

| CONAIR CORP. | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civil Action Number: 03-CV-993 (SRU) |
| L&N SALES and MARKETING, INC. | ) |
| Defendants | ) |

## AFFIDAVIT OF ARTHUR H. SEIDEL, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Arthur H. Seidel, Esq., in lieu of oath or affidavit, certifies that:

1. I am of counsel with the law firm of Drinker Biddle & Reath LLP, which maintains an office at One Logan Square, 18th & Cherry Sts., Philadelphia PA 19103. I make this certification in support of Defendant L&N Sales and Marketing, Inc.'s ("Defendant") application for my admission *pro hac vice* pursuant to Local Civil Rule 2(d)..

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania. I was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1956. I have also been admitted to practice before the following Courts:

| Court | Year admitted |
|---|---|
| United States Court of Appeals for the District of Columbia | 1949 |
| United States District Court for the District of Columbia | 1949 |
| United States District Court for the Eastern District of Pennsylvania | 1954 |

| Court | Year admitted |
|---|---|
| United States Court of Appeals for the Third Circuit | 1954 |
| New York Court of Appeals | 1957 |
| United States District court for the Eastern District of New York | 1957 |
| United States District court for the Southern District of New York | 1957 |
| United Stated Court of Appeals for the Second Circuit | 1968 |
| United States Court of Appeals for the Sixth Circuit | 1977 |
| United States Court of Appeals for the Federal Circuit | 1982 |
| United States Court of Claims | 1988 |
| United States Court of Appeals for the Fifth Circuit | 1991 |
| United States District Court for the Eastern District of Michigan | 1993 |
| United States Court of Appeals for the Ninth Circuit | 1997 |

    3.    I am not currently suspended, disbarred or prohibited from practicing in any court.

    4.    There are no grievances or criminal matters pending against me.

    5.    Defendant has requested that I represent it in this action.

    6.    It is respectfully submitted that there is good cause for my admission *pro hac vice*. This action involves a complex intellectual property matter involving allegations of patent infringement. It is anticipated that the services of a number of attorneys at my firm will be required due to the complex nature of this matter and the possibility of extensive discovery.

7.    I have reviewed the Local Civil Rules of the United States District Court for the District of Connecticut including, but not limited to, the provisions of <u>L.Civ.R</u>. 3, <u>Discipline of Attorneys</u>, and the <u>Rules of Professional Conduct</u> referenced therein, and shall comply with said rules, including all disciplinary Rules.

8.    I respectfully request that I be admitted *pro hac vice* for the purpose of appearing, participating in, and representing Defendant in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 9/26/03

*Arthur H. Seidel*
Arthur H. Seidel Esq.