THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONAIR CORP. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action Number: 03-CV-993 (SRU) |
| ) | |
| L&N SALES and MARKETING, INC. ) | |
| ) | |
| Defendants ) | |

## MOTION FOR ADMISSION OF ARTHUR H. SEIDEL, ESQ. *PRO HAC VICE*

The undersigned counsel for Defendant L&N Sales and Marketing, Inc., respectfully files this Motion, pursuant to Local Rule 2(d), to admit Arthur H. Seidel, Esq., in this action *pro hac vice*. In support of this Motion, the undersigned counsel for Defendant states as follows:

1. Arthur H. Seidel, Esq. is of counsel with the law firm of Drinker Biddle & Reath, LLP, which maintains an office at One Logan Square, 18th and Cherry Street, Philadelphia, Pennsylvania, 19103-6996.

2. Mr. Seidel is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Seidel was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1956. He has also been admitted to practice before the following courts:

| Court | Year admitted |
|---|---|
| United States Court Patent and Trademark Office | 1947 |
| United States District Court for the District of Columbia | 1949 |

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court
By: Deputy Clerk