UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 20  A 9: 34

US ......

| | | |
|---|---|---|
| CONAIR CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV993 (SRU) |
| | ) | |
| L&N SALES AND MARKETING, | ) | |
| | ) | |
| Defendant. | ) | October 17, 2003 |

## CONAIR CORP.'S REPLY TO
## DEFENDANT'S COUNTERCLAIMS

Conair Corporation ("Conair") replies to the ("L&N") allegations of Defendant L&N

Sales and Marketing's Counterclaims as follows:

1. Conair admits that L&N has asserted claims pursuant to the Federal Declaratory

Judgment Act, 28 U.S.C. §§ 2201 and 2202.

2. Conair admits that the counterclaims asserted by L&N arise under the Lanham Act, 15

U.S.C. § 1051 et seq. and the patent law of the United States, 35 U.S.C. § 271 et seq.

3. The allegations of Paragraph 3 are admitted.

4. Conair is without sufficient information to form a belief as to the truth or falsity of the

allegations of Paragraph 4 of the Counterclaim and accordingly denies the same and leaves L&N

to its proof.

5. Conair is without sufficient information to form a belief as to the truth or falsity of the

allegations of Paragraph 5 of the Counterclaim and accordingly denies the same and leaves L&N

to its proof.

6.  Conair admits that L&N sells a hair brush having a Mondel No. 18722-A.  As for the remaining allegations of Paragraph 6, Conair is without sufficient information to form a belief as to the truth or falsity of the allegations, and accordingly denies the same and leaves L&N to its proof.

7.  Conair admits that photographs of several L&N hair brushes were attached to Conair's Complaint as Exhibit B.  As for the remaining allegations of Paragraph 7, Conair is without sufficient information to form a belief as to the truth or falsity of the allegations, and accordingly denies the same and leaves L&N to its proof.

8.  Conair admits that it has alleged that L&N's sale of certain hair brushes infringes Conair's trade dress rights.

**COUNT I**

9.  The reply to Paragraphs 1-8 set forth above are hereby incorporated by reference as though fully set forth herein.

10.  Paragraph 10 is denied.

11.  Paragraph 11 is denied.

12.  Paragraph 12 states a legal conclusion to which Conair is not required to respond.

13.  Paragraph 13 is denied.

14.  Paragraph 14 is denied.

15.  Paragraph 15 is denied.

16.  Paragraph 16 is denied.

## COUNT II

17. The reply to Paragraphs 1-16 set forth above are hereby incorporated by reference as though fully set forth herein.

18. Paragraph 18 is admitted.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

THE PLAINTIFF
CONAIR CORPORATION,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
Eric E. Grondahl (CT08988)
William H. Narwold (CT00133)
CityPlace I
185 Asylum Street
Hartford, Connecticut  06103
(860) 275-6700
(860) 724-3397 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Reply to Defendant's Counterclaims has been sent via first class mail, this 17th day of October, 2003 to:

Arthur H. Seidel, Esq.
Michael F. Snyder, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA  19103-6996

William J. Cass, Esq.
Andrew C. Ryan, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT  06002


Eric E. Grondahl

HARTFORD: 600794.01