UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 20  A 9: 34

| | | |
|---|---|---|
| CONAIR CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV993 (SRU) |
| | ) | |
| L&N SALES AND MARKETING, | ) | |
| | ) | |
| Defendant. | ) | October 17, 2003 |

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff, Conair Corp., through its counsel, hereby demands a trial by jury on all claims asserted in this action.

THE PLAINTIFF,
CONAIR CORPORATION,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
Eric E. Grondahl (CT08988)
William H. Narwold (CT00133)
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
(860) 724-3397 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Demand for Trial by Jury has been sent via first class mail, this 17th day of October, 2003 to:

Arthur H. Seidel, Esq.
Michael F. Snyder, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6996

William J. Cass, Esq.
Andrew C. Ryan, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

_____
Eric E. Grondahl

HARTFORD: 600793.01