# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2003 NOV 12 P 12: 58
US DISTRICT COURT
BRIDGEPORT CT

CONAIR CORP.
        Plaintiff,
v.

CASE NUMBER: 03-CV-993

L&N Sales & Marketing, Inc.
        Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant, L&N Sales & Marketing, Inc.

November 7, 2003
**Date**

CT25266
**Connecticut Federal Bar Number**

(215) 567-7855
**Telephone Number**

(215) 567-2737
**Fax Number**

JLGriffith@klettrooney.com
**E-mail address**

*Signature*

James L. Griffith
**Print Clearly or Type Name**

Klett Rooney Lieber & Schorling
**Address** 2 Logan Square, 12th Fl.
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached list.

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

<u>**Conair Corp. v. L&N Sales & Marketing, Inc.**</u>
**USDC of Connecticut No: 03-CV-993 (SRU)**
**COUNSEL LIST**

Eric E. Grondahl, Esquire
MCCARTER & ENGLISH
City Place I, 36th Floor
Hartford, CT 06103-3495
Tel: 869-275-6704; Fax: 860-724-3397
*(Attorney for Plaintiff Conair)*

Arthur H. Seidel, Esquire
Drinker, Biddle & Reath
One Logan Square
Philadelphia, PA 19103-6996
Tel: 215-988-3317; Fax: 215-988-2757
*(Attorney for Defendant Pro Hac Vice)*

Andrew C. Ryan, Esquire
Willaim J. Cass, Esquire
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
Tel: 860-286-2929; Fax: 860-286-0115
*(Local Counsel for Plaintiff)*