# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CONAIR CORPORATION,
        Plaintiff,

v.

L & N SALES AND MARKETING, INC.,
        Defendant.

**APPEARANCE**

CASE NUMBER: 303CV993 (SRU)

FILED
2003 NOV 14  A 10: 13
US DISTRICT COURT
BRIDGEPORT CT

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Defendant, L & N Sales and Marketing, Inc.

| | |
|---|---|
| November 15, 2003 | Arthur H. Seidel |
| **Date** | **Signature** |
| CT 11316 | Arthur H. Seidel |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 215-988-3317 | Drinker Biddle & Reath LLP |
| **Telephone Number** | **Address** |
| 215-988-2757 | One Logan Square |
| **Fax Number** | Philadelphia, PA  19103-6996 |
| arthur.seidel@dbr.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

William H. Narwold, Esq.
Eric D. Grondahl, Esq.
Cummings & Lockwood LLC
CityPlace I, 185 Asylum Street, 36th Flr.
Hartford, CT  06103-3397
Tel.: 860-275-6700
Fax:  860-724-3397

William J. Cass, Esq.
Andrew C. Ryan, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT  06002
Tel.:  860-286-2929

                                                             _____
                                                             Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                                    Appearance.frm.Jan.2001