IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 10  A 10: 02

US DISTRICT COURT
BRIDGEPORT CT

Conair Corporation

    Plaintiff,

vs.

L&N Sales and Marketing

    Defendant.

: Civil Action No. 303CV993 SRU

: NOVEMBER 7, 2003

## JOINT REPORT OF PARTIES' PLANNING MEETING

Date Original Complaint Filed:    June 4, 2003

Date Complaint Served :    June 11, 2003

Date of Defendant's Appearance:  July 25, 2003

Pursuant to Fed.R.Civ.P. 16(b), 26(f) and D.Conn.L.Civ.R. 38, a conference was held on November 5, 2003 by telephone conference. The articipants were:

    Eric E. Grondahl, Esq.
    McCarter & English
    City Place I, 36th Floor
    Hartford, CT 06103-3495
    Attorneys for Plaintiff, and

    James Lewis Griffith, Esq.
    Klett, Rooney, Lieber & Scherling
    Two Logan Square, 12th Floor
    Philadelphia, PA 19103-2756
    Attorney for Defendant

---

*Handwritten margin annotation:*

Report Approved. Discovery cutoff date July 31, 2004
Dispositive motions due by August 31, 2004
Status Conference to be held on date to be set
An order indicating the Conference time will separately issue.
SO ORDERED
11/18/03
Stefan R. Underhill, U.S.D.J.