UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONAIR CORP. | : |
| v. | : CASE NO. 3:03cv993 (SRU) |
| L & N SALES & MARKETING, INC. | : |

FILED
2003 DEC -4 A II: 52
US DISTRICT
BRIDGEPORT

## ORDER OF REFERRAL TO SPECIAL MASTERS

Pursuant to Rules 11 and 28, Rules of Civil Procedure (D.Conn.), it is hereby Ordered that the above-captioned case is referred to Special Master Robert A. Brooks for the purpose of holding a settlement conference. The Special Master is asked to determine a date for the conference, allowing at least three weeks notice to counsel. The Special Master is also asked to contact Barbara Sbalbi, Judicial Assistant, telephone: 203-579-5714, within 10 days of the date of this order, to make the necessary arrangements for the issuance of a calendar or a date will be set by the Clerk. Counsel of record will be sent a notice by the Office of the Clerk, notifying them of the date, place and time of the settlement conference. Counsel in this case are directed to have their clients accompany them to the settlement conference.

Dated at Bridgeport, Connecticut, this 4th day of December, 2003.

BY ORDER OF THE COURT

KEVIN F. ROWE, Clerk

By: *Barbara Sbalbi*
Barbara L. Sbalbi
Judicial Assistant