FILED

2003 JUN -4 P 3:59

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONAIR CORPORATION )
                   )
        Plaintiff, ) CIVIL ACTION NO.
                   )
    v.             ) **303CV993** SRU
                   )
L&N SALES AND MARKETING, )
                   )
        Defendant. ) June 4, 2003

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff Conair Corporation ("Conair") comes now and moves the Court:

1. For an order to show cause requiring defendant L&N Sales and Marketing, Inc. ("L&N") to appear before this Court at such time and place as the Court may fix, to show cause why a preliminary injunction should not be issued as prayed for by Conair; and

2. For a preliminary injunction as prayed for by Conair in its Motion for Preliminary Injunction filed herewith, for the reasons set forth in Conair's Complaint, Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction, the Declarations of Michelle Kampel and Lawrence Cruz, and the exhibits thereto.

NO ORAL ARGUMENT REQUESTED

[Margin annotation: DENIED, without prejudice to renewal should the parties not settle the case after meeting with the Special Master. So Ordered.
Stefan R. Underhill
United States District Judge]