RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN 15 P 4: 53

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| Conair Corporation | : |
| Plaintiff, | : Civil Action No. 303CV993 SRU |
| vs. | : |
| L&N Sales and Marketing | : |
| Defendant. | : |

## NOTICE OF SERVICE OF DEFENDANT
## L&N SALES AND MARKETING'S
## CONFIDENTIAL SETTLEMENT MEMORANDUM

This will certify that Defendant L&N Sales and Marketing has filed its Confidential Settlement Conference Memorandum with Honorable Robert A. Brooks, Esquire, Special Master. A copy of this Notice has been served upon counsel for the Plaintiff.

KLETT, ROONEY, LIEBER & SCHORLING

BY: _____
James Lewis Griffith
Lawrence M. Farnese, Jr.
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
Attorney for Defendant

Dated: January 12, 2004