UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONAIR CORPORATION | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV993 (SRU) |
| L&N SALES AND MARKETING, INC. | ) | |
| Defendant. | ) | February 17, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Conair Corporation and Defendant L&N Sales and Marketing, through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims between them in this action in accordance with the terms of a Settlement Agreement between them. Each party shall bear its own costs, disbursements and attorney's fees.

                                        PLAINTIFF - CONAIR CORPORATION
                                        BY MCCARTER & ENGLISH, LLP
                                        ITS ATTORNEYS

                                        By _____
                                           William H. Narwold (CT 00133)
                                           Eric E. Grondahl (CT 08988)
                                           CityPlace I
                                           185 Asylum Street
                                           Hartford, CT  06103
                                           Phone: (860) 275-6700
                                           Fax: (860) 724-3397

                                        L&N SALES AND MARKETING
                                        BY ITS ATTORNEYS

By /s/ James L. Griffith
James L. Griffith
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA  19103-2756
(215) 567-7500
(215) 567-2737 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Stipulation of Dismissal With Prejudice has been sent via first class mail, this 17th day of February, 2004 to:

James L. Griffith, Esq.
Klett, Rooney, Lieber & Scherling
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756

Arthur H. Seidel, Esq.
Michael F. Snyder, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6996

William J. Cass, Esq.
Andrew C. Ryan, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

_____
Eric E. Grondahl

HARTFORD: 607931.01
97440-00004