UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 18  A 10: 09

| | | |
|---|---|---|
| CONAIR CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 303CV993 (SRU) |
| | ) | |
| L&N SALES AND MARKETING, INC. | ) | |
| Defendant. | ) | February 17, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Conair Corporation and Defendant L&N Sales and Marketing, through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims between them in this action in accordance with the terms of a Settlement Agreement between them. Each party shall bear its own costs, disbursements and attorney's fees.

PLAINTIFF - CONAIR CORPORATION
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
William H. Narwold (CT 00133)
Eric E. Grondahl (CT 08988)
CityPlace I
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6700
Fax: (860) 724-3397

APPROVED. The case is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
02/23/04